IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-20-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| CRAIG MARK DRAPER, | |
| Defendant. | |

This matter was referred by to the undersigned by Judge Donald W. Molloy for the purpose of conducting a hearing to determine if any additional conditions of release should be imposed in relation to Defendant Craig Mark Draper's disclosures and finances. (Doc. 35). The Court ordered Defendant to provide additional documentation (Doc. 36), which Defendant provided prior to the hearing. (Doc. 39). On February 25, 2022, the Court conducted the hearing, and heard the testimony of Defendant and argument of counsel. Based on the submitted documents, testimony and explanation of counsel, the Court does not believe any additional conditions of release are warranted at this time.

Accordingly, Defendant remains released on the condition previously imposed by Judge Molloy.

DATED this 2nd day of March, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge