IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–20–M–DWM |
| Plaintiff, | |
| vs. | NOTICE |
| CRAIG MARK DRAPER, | |
| Defendant. | |

In anticipation of the sentencing set for April 14, 2022, the Court provides notice that it is contemplating imposing an upward variance. *Cf.* Fed. R. Crim. P. 32(h). Such a variance is contemplated in light of the history and characteristics of the defendant, the need to provide specific deterrence, and the need to protect the public from further crimes. *See* 18 U.S.C. § 3553(a).

DATED this 8th day of April, 2022.

Donald W. Molloy, District Judge
United States District Court