IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–20–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| CRAIG MARK DRAPER, | |
| Defendant. | |

The United States has moved unopposed to modify the judgment in this matter, to reflect that the defendant, Craig Mark Draper, should be making restitution payments while he serves the custodial portion of his sentence. (Doc. 61.) The Court "may at any time correct a clerical error in a judgment." Fed. Rule Crim. P. 36. A clerical error having been made in the judgment, (*see* Doc. 50 at 8),

1

IT IS ORDERED that the United States' motion to correct a clerical error in the defendant's judgment (Doc. 61) is GRANTED. An amended judgment shall be entered contemporaneously with this Order.

DATED this 21ˢᵗ day of February, 2023.

Donald W. Molloy, District Judge
United States District Court